UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JENNIFER GREEN HOLMES

       Plaintiff,                **JURY TRIAL**

V.                                    CIVIL ACTION NO

ALLIED INTERSTATE, INC.

Defendant.                        AUGUST 17, 2009

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 and the Md. Ann. Code Commercial Law Maryland Consumer Debt Collection Act. § 14-204 et seq. ("MCDCA")

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in Upper Marlboro, Maryland.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant Allied Interstate, Inc. has a principal place of business located at 3000 Corporate Exchange Drive, 5th Floor, Columbus, OH 43231.

6. Defendant Allied Interstate, Inc. is a debt collector within the FDCPA.

7. Defendant Allied Interstate, Inc. is a collector within the MCDCA.

8. Defendant Allied Interstate, Inc. was engaged in the collection of debts from consumers using the mail and telephone. Defendant regularly attempted to collect consumer debts alleged to be due another in the State of Maryland.

9. Defendant communicated with Plaintiff or others on or after one year before the date of this action, in connection with collection efforts with regard to plaintiff's disputed personal debt to Capital One Bank.

10. Defendant communicated with 3rd parties and discussed Plaintiff's debt in violation of the FDCPA.

11. Defendant called the Plaintiff's work place after being advised it was not a convenient place for her to receive telephone calls.

12. Defendant used abusive language in their attempt to collect a debt from the Plaintiff and others in violation of the FDCPA.

13. In the collection efforts, Allied Interstate, Inc. violated the FDCPA, inter alia, section 1692e, -f, and -g.

SECOND COUNT

14. The allegations of the First Count are repeated and realleged as if fully set forth herein.

15. Within three years prior to the date of this action Defendants have engaged in acts and practices as to Plaintiff in violation of the Md. Ann. Code Commercial Law Maryland Consumer Debt Collection Act § 14-204 et seq. ("MCDCA").

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff such damages as are permitted by law including $1,000 statutory damages.

2. Award the Plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide

THE PLAINTIFF

BY_____
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph   (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com